UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>JANAE STANTON,<br><br>    Defendant. | 3:15-CR – 00055-MMD-(CLB)<br><br>**ORDER RE:**<br><br>**STIPULATION TO CONTINUE HEARING ON PROBATION VIOLATION** |

IT IS HEREBY STIPULATED AND AGREED by SCOTT EDWARDS, Counsel for JANAE STANTON, and MEGAN RACHOW, ASSISTANT UNITED STATES ATTORNEY, Counsel for Plaintiff, UNITED STATES OF AMERICA that the hearing upon the probation violation scheduled for January 6, 2020 at 11 a.m., be continued to February 18, 2020, at 10 a.m.. This continuance is based upon the need for additional time evaluate the Defendant's compliance with the terms of supervision.

    DATED this _30th day of December, 2019.

____/S/_Scott Edwards_____          __/S/_Megan Rachow_____
SCOTT W. EDWARDS, ESQ.               MEGAN RACHOW, ESQ.
Attorney for JANAE STANTON           Attorney for UNITED STATES OF AMERICA

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that that the hearing on the probation violation for JANAE STANTON presently scheduled for January 6, 2020, at 11 a.m., be continued to February 18, 2020 at 10 a.m..

DATED this 30th day of December 2020.

_____
MIRAND M. DU
CHIEF UNITED STATES DISTRICT JUDGE